UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMES MASON, et al.,

    Plaintiffs,                     CASE NO: 5:10-CV-02794-CLS

vs.

CITY OF HUNTSVILLE,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, James Mason and Joanne Pearson, and Defendant, City of Huntsville, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for the limited purpose of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 6th day of March 2014.

| | |
|---|---|
| Edward I. Zwilling, Esq. | David J. Canupp, Esq. |
| Schwartz Roller & Zwilling | Lanier, Ford, Shaver & Payne, P.C. |
| 600 Vestavia Parkway, Suite 251 | PO Box 2087 |
| Birmingham, Alabama, 35216 | Huntsville, Alabama 35804 |
| Telephone: (205) 822-2701 | Telephone: (256) 535-1100 |
| Facsimile: (205) 822-2702 | Facsimile: (256) 533-9322 |
| Email: ezwilling@szalaw.com | Email: djc@lanierford.com |
| By: /s/ Edward I. Zwilling | By: /s/ David J. Canupp |
| Edward I. Zwilling | David J. Canupp |