FILED

2014 Mar-13  AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JAMES MASON and JOANNE PEARSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. CV-10-S-2794-NE** |
| | ) | |
| **CITY OF HUNTSVILLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The court having been notified by the parties' joint stipulation of dismissal[1] that all remaining claims embraced herein have been resolved, it is ORDERED that this case is DISMISSED with prejudice.  The court retains jurisdiction for the limited purpose of enforcing the settlement the parties have reached.  Costs are taxed as paid. The Clerk is directed to close this file.

DONE this 13th day of March, 2014.

_____
United States District Judge

---

[1] Doc. no. 60.